UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHIRLEY R. EDMOND, ) | 2:11-CV-1467-PMP-GWF |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| PATRICK R. DONAHUE, et atl., ) | |
| Defendants. ) | |

Before the Court for consideration is Plaintiff Shirley Edmond's Application to Proceed *In Forma Pauperis* (Doc. #1), filed September 12, 2011, and Plaintiff's Motion for Appointment of Counsel (Doc. #2), filed September 14, 2011. On October 6, 2011, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #3) recommending that Plaintiff's Application to Proceed *In Forma Pauperis* and Plaintiff's Motion for Appointment of Counsel be denied.

Plaintiff was given notice to file written objections with the court to Magistrate Judge Foley's Report and Recommendations within fourteen (14) days after being served. To date no objections have been filed and the time to do so has now expired.

In addition, Plaintiff was given up to and including October 31, 2011, to submit to the Clerk's Office $350.00 for filing a civil action, or the case would be dismissed. To date no filing fee has been submitted.

///

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #3) are **AFFIRMED** and Plaintiff Shirley R. Edmond's Complaint (Doc. #1) is **DISMISSED** with prejudice.

DATED:  November 1, 2011.

_____
PHILIP M. PRO
United States District Judge